OSCN Found Document:DEAL v. BROOKS

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 DEAL v. BROOKS
2016 OK 123
Case Number: 113979
Decided: 12/12/2016
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2016 OK 123, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

CHARLES DEAL and ANNETTE DEAL, Personal Representatives of the Estate of Serenity Deal, Plaintiffs/Appellants,
v.
SEAN DEVON BROOKS, RANDY J. LACK, and JENNIFER SHAWN, Defendants,
and
STATE OF OKLAHOMA ex rel. OKLAHOMA DEPARTMENT OF HUMAN SERVICES, Defendant/Appellee.

ORDER

Defendant/Appellee's petition for certiorari is denied. The Court of Civil Appeals' opinion is approved for publication and accorded precedential value.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 12TH DAY OF DECEMBER, 2016.

/S/VICE CHIEF JUSTICE

VOTE ON DENIAL OF CERTIORARI:

GURICH, V.C.J., KAUGER, WATT, EDMONDSON, COLBERT, REIF, JJ. - CONCUR
WINCHESTER, TAYLOR, JJ. - DISSENT
COMBS, C.J. - NOT PARTICIPATING

VOTE TO APPROVE COURT OF CIVIL APPEALS' OPINION FOR PUBLICATION:

GURICH, V.C.J., WATT, EDMONDSON, COLBERT, REIF, JJ. - CONCUR
KAUGER, WINCHESTER, TAYLOR, JJ. - DISSENT
COMBS, C.J. - NOT PARTICIPATING






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.